UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-23236-MGC

**VICTOR ARIZA**,

    Plaintiff,

vs.

**COLONY HARDWARE CORPORATION
d/b/a NATIONAL TOOL SUPPLY,
a foreign for-profit corporation,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty (30) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

DATED:  September 15, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>     RODERICK V. HANNAH<br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By ____*s/ Pelayo M. Duran*_____<br>     PELAYO M. DURAN<br>     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September, 2020, a true and correct copy of the foregoing has been filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the parties as listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Steven A. Wahlbrink, Esq.
LAW OFFICES OF SEILER, SAUTTER,
ZADEN, RIMES & WAHLBRINK
2850 North Andrews Avenue
Fort Lauderdale, Florida 33311
Telephone: (954) 568-7000
Email:  swahlbrink@sszrlaw.com

*Attorneys for*
*COLONY HARDWARE CORPORATION d/b/a*
*NATIONAL TOOL SUPPLY*


                                /s/ *Roderick V. Hannah*
                                    Roderick V. Hannah