UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-23236-MGC

**VICTOR ARIZA**,

     Plaintiff,

vs.

**COLONY HARDWARE CORPORATION,**
**d/b/a NATIONAL TOOL SUPPLY,**
**a foreign for-profit corporation,**

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, VICTOR ARIZA ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, hereby voluntary dismisses with prejudice Defendant, COLONY

HARDWARE CORPORATION d/b/a NATIONAL TOOL SUPPLY, a foreign for-profit

corporation, a foreign for-profit corporation, as to all claims in this action.

Dated: October 26, 2020

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, Fl 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com

By____*s/ Roderick V. Hannah*____
    RODERICK V. HANNAH

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: duranandassociates@gmail.com

By ___*s/ Pelayo M. Duran*_____
    PELAYO M. DURAN

Fla. Bar No. 435384                    Fla. Bar No. 0146595

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Steven A. Wahlbrink, Esq.
Law Office of Seiler, Sautter, Zaden,
Rimes & Wahlbrink
2850 North Andrews Avenue
Fort Lauderdale, Fl 33311
954-568-7000
swahlbrink@sszrlaw.com